■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY JOHNSON, Appellant. [731 NYS2d 681] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.— Criminal Possession Stolen Property, 4th Degree.) Present— Pigott, Jr., P. J., Pine, Scudder, Kehoe and Burns, JJ.